AO 440 (Rev. 5/85) Summons in a Civil Action ⊕

# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

THE ASHFORD HOUSING AUTHORITY and
SHIRLEY FOXWORTH,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07CV323-WKW

TO: (Name and Address of Defendant)

Ashford Housing Authority
100 Bruner Street
Ashford, AL 36312

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael S. Maurer, Deputy Chief
Lori K. Wagner, Attorney
USDOJ, Civil Rights Division
Housing & Civil Enforcement Section
950 Pennsylvania Avenue
The Northwestern Building
Washington, DC 20530

Stephen M. Doyle
Chief, Civil Division
Assistant U. S. Attorney
Post Office Box 197
Montgomery, AL 36101-0197

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett
CLERK

4-16-07
DATE

Charlene Campbell
BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA,

    Plaintiff,

V.

THE ASHFORD HOUSING AUTHORITY and
SHIRLEY FOXWORTH,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

1:07CV323-WKW

TO: (Name and Address of Defendant)

Shirley Foxworth
100 Bruner Street
Ashford, Alabama 36312

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael S. Maurer, Deputy Chief
Lori K. Wagner, Attorney
USDOJ, Civil Rights Division
Housing & Civil Enforcement Section
950 Pennsylvania Avenue
The Northwestern Building
Washington, DC 20530

Stephen M. Doyle
Chief, Civil Division
Assistant U. S. Attorney
Post Office Box 197
Montgomery, AL 36101-0197

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*

CLERK

*Charlene Campbell*

BY DEPUTY CLERK

4-16-07

DATE