---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Shirley Foxworth
    100 Bruner Street
    Ashford, AL 36312

    07CV323

2. Article Number *(Copy from service label)*
    7099 3400 0009 2320 9702

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: Elise Foxworth
B. Date of Delivery: 4/17/07
C. Signature: X *Foxworth*  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ashford Housing Authority
    100 Bruner Street
    Ashford, AL 36312

    07CV323

2. Article Number *(Copy from service label)*
    7099 3400 0009 2320 9689

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: Elise Foxworth
B. Date of Delivery: 4/17/07
C. Signature: X *Foxworth*  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes