IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00323-WKW |
| ) | |
| THE ASHFORD HOUSING AUTHORITY ) | |
| and SHIRLEY FOXWORTH, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the plaintiffs shall show cause **on or before June 27, 2007,** why default should not be entered against the defendants for failure to answer or otherwise defend.

DONE this 14th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE