IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| VS. | ) | NO: 1:07CV323-WKW |
| THE ASHFORD HOUSING AUTHORITY and SHIRLEY FOXWORTH, | ) ) | |
| Defendants. | ) | |

## MOTION TO EXTEND TIME FOR FILING ANSWER

Comes now the defendants, The Ashford Housing Authority and Shirley Foxworth who file this Motion To Extend Time for filing Answer to the Complaint filed by the United States of America and shows the Court the following:

1. That the action brought by the United States was filed on about April 13th, 2007.

2. That since that time the local attorney for the defendants, William B. Matthews, Jr. has been in negotiations with the United States Government in an attempt to settle the above styled case and avoid further litigation. That the attorney for Ashford Housing Authority has conferred with Lori K. Wagner and counsel for the United States has agreed to extend the time for filing an Answer until July 27th, 2007.

3. That the defendants requests this Honorable Court not to enter a Default Judgment and allow the defendants to file their Answer within the time proposed under that Agreement in an attempt to try to settle this case.

Done this 20th day of June, 2007.

/s/ William B. Matthews, Jr.
William B. Matthews, Jr. (Mat016)
Attorney For Defendants
P.O. Box 1145
Ozark, AL 36361
(334) 774-8804

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| VS. | ) | NO: 1:07CV323-WKW |
| THE ASHFORD HOUSING AUTHORITY and SHIRLEY FOXWORTH, | ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the Motion To Extend Time to the following, via U.S. Mail, with postage prepaid, this 20th day of June, 2005.

1. Michael S. Maurer, Deputy Chief and Lori K. Wagner, Attorney, U.S. Dept. Of Justice, 950 Pennsylvania Avenue, The Northwestern Building, Washington, D.C. 20530;

2. Stephen Doyle, Chief, Civil Division, Asst. U.S. Attorney, P.O. Box 197, Montgomery, AL 36101-0197.

**William B. Matthews, Jr.**
**Attorney for Defendants**
P.O. Box 1145
Ozark, AL 36361
334-774-8804