IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE ASHFORD HOUSING AUTHORITY and )<br>SHIRLEY FOXWORTH, )<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-00323-WKW |

## RESPONSE TO ORDER

1. The United States filed this action on April 13, 2007, to enforce Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, 42 U.S.C. §§ 3601-3619 (Document 1).

2. Through their attorneys, the United States and the defendants have engaged in negotiations in an attempt to settle this action without further litigation.

3. On June 22, 2007, the defendants filed a Motion to Extend Time for Filing an Answer (Document 5).

3. In light of the ongoing settlement discussions, the United States consents to an extension of time for the defendants to answer until July 27, 2007.

Done, this 27th day of June, 2007.

                        WAN J. KIM
                        Assistant Attorney General

                        STEVEN H. ROSENBAUM
                        Chief, Housing and Civil Enforcement Section

By: _/s/ Lori K. Wagner_
                        MICHAEL S. MAURER
                        Deputy Chief
                        LORI K. WAGNER
                        Attorney
                        U.S. Department of Justice
                        Civil Rights Division
                        Housing and Civil Enforcement Section
                        950 Pennsylvania Avenue
                        The Northwestern Building
                        Washington, D.C. 20530
                        Telephone No.: (202) 305-3107
                        E-mail: lori.wagner@usdoj.gov

                        LEURA G. CANARY
                        United States Attorney

                        STEPHEN M. DOYLE
                        Chief, Civil Division
                        Assistant United States Attorney
                        Attorney for Plaintiff
                        Post Office Box 197
                        Montgomery, AL 36101-0197
                        District of Columbia Bar No. 422474
                        Telephone No.: (334) 223-7280
                        Facsimile No.: (334) 223-7418
                        **E-mail: stephen.doyle@usdoj.gov**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,           )<br>                                )<br>      v.                        )<br>                                )<br> THE ASHFORD HOUSING AUTHORITY and )<br> SHIRLEY FOXWORTH,               )<br>                                )<br>           Defendants.          )<br>                                )  | Case No. 1:07-cv-00323-WKW |

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, I caused the Plaintiff United States' Response to Order to be filed electronically with the clerk of Court through ECF, and that ECF will send an electronic mail notice of the filing to the following:

William B. Matthews, Jr. (Mat016)
Attorney for Defendants
P.O. Box 1145
Ozark, AL 36361
(334) 774-8804

*Lori K. Wagner*
LORI K. WAGNER
Attorney
U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue
The Northwestern Building
Washington, D.C. 20530
Telephone No.: (202) 305-3107
E-mail: lori.wagner@usdoj.gov