IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00323-WKW |
| ) | |
| THE ASHFORD HOUSING AUTHORITY ) | |
| and SHIRLEY FOXWORTH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the defendants' Motion to Extend Time for Filing Answer (Doc. # 5), it is ORDERED that the motion is GRANTED. The defendants shall file an answer or otherwise respond to the complaint on or before July 27, 2007.

DONE this 29th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE