IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff,** ) | |
| **VS.** ) | **CASE NO: 1:07-CV-323-WKW** |
| **THE ASHFORD HOUSING** ) | |
| **AUTHORITY, et al.** | |
|     **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Shirley Foxworth, a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

Reportable Entity - None

Done this 2nd day of July, 2007

 

**William B. Matthews, Jr.**
**(Signature)**
**William B. Matthews, Jr.**
**(Counsel's Name)**
**Ashford Housing Authority**
**P.O. Box 1145**
**Ozark, AL 36361**
**334-774-8804**
**(Counsel's address &**
**phone number)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, William B. Matthews, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on the 2nd day of July, 2007, to:

Lori K. Wagner, U.S. Dept. Of Justice, Civil Rights Division, Housing & Civil Enforcement Section, The Northwestern Building, 950 Pennsylvania Avenue, Washington, DC 20530.

Done this 2nd day of July, 2007.

William B. Matthews, Jr.
(Signature