IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00323-WKW |
| ) | |
| THE ASHFORD HOUSING AUTHORITY ) | |
| and SHIRLEY FOXWORTH, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon oral notice that the parties have reached a settlement, it is ORDERED that the parties shall file a stipulation of dismissal **on or before September 7, 2007.** All dates and deadlines are CANCELLED.

DONE this 27th day of July, 2007.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE